# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

James Hardt and Michelle Hardt, Individually,
And As Natural Parents And Next Friends Of
L.H., a Minor,
Plaintiff

v.

The Lamplighter School,
Defendant

3:21-cv-00780

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

James Hardt and Michelle Hardt, individually, and as natural parents and next friends of L.H., a Minor

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The Lamplighter School is a nonprofit corporation that operates a private, nonsectarian, co-education day school.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

James Hardt and Michelle Hardt, individually, and as natural parents and next friends of L.H., a Minor, and The Lamplighter School.

| | |
|---|---|
| Date: | April 5, 2021 |
| Signature: | /s/ Jon William A. Brewer |
| Print Name: | William A. Brewer |
| Bar Number: | 2967035 |
| Address: | 1717 Main St., Ste. 5900 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | (214)653-4000 |
| Fax: | (214)653-1015 |
| E-Mail: | wab@brewerattorneys.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons