# EXHIBIT 1



## Family Handbook and Directory
## 2019 - 2020

11611 Inwood Road, Dallas, Texas 75229
www.thelamplighterschool.org
214.369.9201

## TABLE OF CONTENTS

Mission Statement, Statement of Inclusion,
Notice of Non-Discriminatory Policy, Sexual Harassment Policy,
Privacy Information/Solicitation ... 1
School Year Calendar ... 2
Whom to Call ... 4
Overview
    Accreditations ... 5
Admission and Placement
    Admission of New Students ... 5
    Fifth Grade Placement ... 6
    Financial Aid ... 7
Board of Trustees ... 7
    Life Trustees ... 10
Giving Opportunities
    Giving Areas ... 11
    Donor Recognition ... 12
Curricular Program
    Attendance ... 13
    Class Lists ... 14
    Conferences and Observations ... 14
    Evaluation/Tutoring ... 14
    Field Trips ... 15
    Homework ... 15
    Standardized Testing ... 15
    Statement of Graduation Requirements ... 15
Practices and Procedures
    Arrival/Dismissal Times ... 16
    Belongings from Home ... 16
    Birthday Celebrations/Invitations ... 16
    Carpool Procedures ... 17
Code of Conduct
    Safety ... 20
    Anti-Bullying Guidelines ... 21
Communication from the School ... 22
Conflict of Interest ... 23
Copyright Policy ... 23
Delivery of Gifts ... 23
Gifts to Faculty and Staff ... 23
Green Team ... 23
Health/Medical
    Absence/Illness ... 24
    Communicable Diseases ... 24
    Immunization Requirements ... 25
    Medication Administration ... 25
Healthy Food
    Guidelines ... 26
    Lunches ... 26
    Snacks Provided by the School ... 26
    Wholesome Food Services ... 26
Legal Guardianship/Custodial Agreements ... 27
Lost and Found ... 27
Neglect and Abuse Reporting Responsibility ... 27
Lamplighter Parents' Association
    LPA Goals ... 28
    Fundraising ... 29
    LPA 2019-2020 Board Roster ... 30
Re-enrollment, Refunds, and Withdrawal from School ... 34
Release for Publicity ... 35
School Closings or Late Openings ... 35
    Severe Weather/Disaster Policy ... 35
Technology Acceptable-Use Policy ... 36
Visiting Your Child's Classroom ... 37
Volunteer Opportunities ... 37
What to Wear to School ... 38

Faculty & Staff Department Listings ... 39

---

### POLICY FOR USE OF INFORMATION

This policy is designed to protect the privacy of Lamplighter families. The Lamplighter School Directory is prepared and published solely for the use of The Lamplighter School students, parents, faculty, and staff. Information in the Directory must never be used for commercial, charitable, or any purpose other than school purposes. Do not lend the Directory or any excerpts within to any person or enterprise other than for school-related purposes.

Additional copies of the Family Handbook, which includes the Family Directory, may be purchased for $20.00 from the LPA Spirit Store.

## Mission Statement

Dedicated to igniting the potential of each child, Lamplighter engages children in the joy of learning through intellectual discovery in a creative, inclusive, and collaborative environment

## Lamplighter Core Commitments

Lamplighter promotes **academic excellence** through an innovative curriculum and teaching that cultivates the potential in each child in an ever-changing world.

Lamplighter actively engages young children in the **joy of learning**, teaching them to be tomorrow's problem solvers and laying the foundation for lifelong learning.

Lamplighter develops **character, confidence,** and **collaborative skills** through social and emotional curriculum.

Lamplighter embraces diversity in all its facets, striving to be a genuinely **inclusive community**, respectful of social and cultural differences and seeking broader understanding of the world.

Lamplighter encourages **curiosity** and **creativity** through hands-on learning, prizing and preserving the **discovery** and wonder of childhood.

## Statement of Inclusion

A community of varied voices will strengthen the education of Lamplighter students and enrich the lives of all of its members  Lamplighter will, therefore, strive for the lamps that we light to reflect the ever-changing community in which we reside  We value individuality and encourage all children to reach their potential, while respecting their similarities and differences  We are united in purpose and committed to working together to accomplish the mission of The Lamplighter School

## Notice of Non-Discriminatory Policy

In compliance with federal and state laws, The Lamplighter School does not discriminate on the basis of race, color, creed, gender, national or ethnic origin, age, marital status, sexual orientation, or disability in administration of its educational policies, admission policies, financial aid program, athletic and other school-administered programs, or the employment of staff

## Sexual Harassment Policy

A complete copy of the School's sexual harassment policy is available in the Lamplighter Business Office

## Privacy Information/Solicitation

Information in the Directory is published only for the use of parents/ guardians, students, faculty, and staff of the School and is not to be made available to outside individuals or organizations for any reason  The Lamplighter School expects students, parents, and guardians to be mindful and respectful of the privacy of other members of The Lamplighter School community  Students, parents, and guardians should be cautious in handling private or sensitive information about other members of the school community, including the use or dissemination of images and photos of other Lamplighter students

1

**2019 – 2020 CALENDAR AT-A-GLANCE**

**August**
15      Early Childhood Orientation/Carpool & Portal Training
19-20   Parent Intake Conferences (No School for Students)
21      First Day of School

**September**
2      Labor Day Holiday (No School)
13      Hootenanny – Second Grade Parents
17-20   Class Pictures
20      Senior Luncheon

**October**
4      Carnival – "The State Fair of Lamplighter"
9      Yom Kippur (No School)
14      Indigenous Peoples'/Columbus Day (No School)
18      Donuts with Dads/Popsicles with Pops
24-25   Parent Conferences (No School for Students)
31      Halloween Parade & Picnic

**November**
10      Admission Preview (Sunday)
11      Dolores Evans Speaker Series
15      Hootenanny – First Grade Parents
25-29   Thanksgiving Break

**December**
5      Erik Jonsson Media Center Open House
19      All School Program
20      Winter Break Begins

*All dates are subject to change
Please log on to www.thelamplighterschool.org to
view the most updated version of the school calendar

**January**
6      Faculty Professional Development Day (No School for Students)
7      Classes Resume
10      Hootenanny – Pre-K PM and All Day Room 6, 8, and 11 Parents
20      Martin Luther King, Jr Day Holiday (No School)
21      No Early Childhood Classes (Pre-K, K, and T1)
31      Re-enrollment Contracts Emailed

**February**
8      LPA Auction – "Earth Ball 2020"
12-13   Parent Conferences (No School for Students)
13      Re-enrollment Agreements Due
14-17   Presidents' Day Holiday Weekend (No School)
21      Hootenanny – Kindergarten and T1 Parents

**March**
16-20   Spring Break (No School)

**April**
3      Grandest Friends' Day
10      Good Friday (No School)
17      Hootenanny – Pre-K AM and Pre-K All Day Room 9 Parents
23      International Night

**May**
2      Young Alumni Car Wash
6      Muffins with Moms
7      Kindergarten Square Dancing
8      Pre-K Sing
15      Senior Opera
18      Senior Graduation
19      Senior Carpool Parade
20      Last Day of School
21-22   Parent Conferences (No School for Students)

| | |
|---|---|
| Academic Program | Early Childhood, Judith Mullens, ext  373 |
| | Lower School, Vicki Raney, ext  338 |
| Admission/Placement | Jacquelyn Wilcox, ext  345 |
| Alumni Relations | Cindy Connolly, ext  318 |
| Calendar and Events | Marynell Murphy, ext  343 |
| Carpool (SchoolPass) | Marynell Murphy, ext  343 |
| Counselor | Jill Schroeter, L.P.C.  ext  346 |
| Erik Jonsson Media Center | Patricia Vermillion, ext  336 |
| Financial Aid | Trey Angel, ext  344 |
| Lamplighter Fund | Cindy Connolly, ext  318 |
| Lamplighter Parents' Association | ████████████ |
| Lamplighter Publications | Landy Fox, ext  353 |
| Lost and Found | Front Desk, ext  300 |
| Maintenance | Marynell Murphy, ext  343 |
| Meeting Room Reservations | Marynell Murphy, ext  343 |
| NightLight Supervisor | Shari Krage, ext  379 |
| Nurse | Dianne Johnson, ext  351 |
| Parent Portal | Marynell Murphy, ext  343 |
| Re-Enrollment | Jacquelyn Wilcox, ext  345 |
| Safety & Security | Marynell Murphy, ext  343 |
| Technology | Marynell Murphy, ext  343 |
| | Ed Goff, ext  348 |
| Tuition Payments / FACTS | Marynell Murphy, ext  343 |
| Website Content | Landy Fox, ext  353 |

4

## OVERVIEW

### Introduction

The Lamplighter School is an independent, co-educational day school for students in pre-kindergarten through fourth grade  Since its founding in 1953, The Lamplighter School's motto has been, "A student is not a vessel to be filled, but a lamp to be lighted."

Lamplighter's teachers believe that children are naturally curious, creative, and eager  They encourage learning by doing, promote cooperation rather than competition, and have high expectations for the pursuit of academic excellence  These objectives are best realized in a setting offering security, academic challenge, and a sense of achievement  In every activity, students are encouraged to develop self-discipline, the ability to accept failure without the loss of self-esteem, independence, and a respect for others

### Accreditations

Lamplighter holds memberships in the National Association of Independent Schools (NAIS) and the Independent Schools Association of the Southwest (ISAS)  The School is accredited by ISAS

NAIS: The Lamplighter School has been a member of the National Association of Independent Schools (NAIS) since 1979  NAIS directly represents approximately 1,800 schools  NAIS schools have a range of academic levels and missions  They are located in urban, suburban, and rural settings in the US  and its territories, in Canada, Europe, and Asia

ISAS: The Independent Schools Association of the Southwest is made up of 87 schools in six states (Arizona, Kansas, Louisiana, New Mexico, Oklahoma, and Texas) and in Mexico, which hold membership in and are accredited by this association  The Lamplighter School has been a member of ISAS since 1972  In addition to Lamplighter, Dallas schools that meet standards for membership are Alcuin, Cistercian, Dallas International School, Episcopal School of Dallas, Good Shepherd, Greenhill, Hockaday, Lakehill, Parish Episcopal, St  John's, St  Mark's, St  Philip's, Shelton, Ursuline, and Winston

## ADMISSION AND PLACEMENT

### Admission of New Students

In order for a child to be considered for admission, a completed application and a non-refundable application fee are required  Applicants who complete the admission process, but do not attend Lamplighter that calendar year, are required to initiate a new application for consideration in subsequent years  This reprocessing includes any relevant application fees

The Office of Admission and Placement hosts an annual Admission Preview and Admission Coffees frequently throughout the school year for parents/guardians of prospective students  The admission committee reviews all

5

applications, and its decision is final. An application will not be considered complete until the School has received the completed applications for each child and available space. Students who do not complete the application process, including any testing requested by the School, will not be considered for admission.

Notification of the admission committee's decision is in March, although interviewing and testing may continue throughout the spring and summer, if vacancies occur at any level. All applicants are required to complete the admission process. If all factors are considered equal, preferential admission consideration is given to siblings of current students and graduates, as well as children of alumni, faculty, and staff. These applicants experience the same admission process as all other applicants. It is the School's goal, however, that a minimum of approximately 20 percent of students accepted each year are from families who are new to the Lamplighter community.

The Board of Trustees policy states, "The admission process should enable Lamplighter to enroll a diverse and teachable group of students who may best be served by, and contribute to, Lamplighter's mission, with preference among qualified applicants given to Lamplighter families."

### Fifth Grade Placement

Parents/guardians of Lamplighter fourth graders are assisted in the admission process for middle school. The Director of Admission and Placement, as a member of ISAAD (Independent Schools Association of Admission Directors), meets regularly with this group in an effort to facilitate applications for admission to fifth grade and to further inter-school alliances.

An accomplishment of ISAAD was agreeing to common testing. A student applying to any of the area's ISAS member schools generally takes each assessment only once. The parents may request that the result be sent to multiple schools. A cooperative relationship is also maintained with other private and parochial schools in the area to which students apply for fifth grade. Lamplighter works in every way possible to assist parents/guardians in their efforts to choose an appropriate school.

During the spring and summer before a student's fourth grade year, each family meets with the Director of Admission and Placement in order to determine options for the next school setting. Included at this time is a review of the student's Lamplighter profile, information on making application to schools, and suggestions to ensure that the next school application process is as transparent as possible.

Lamplighter requires a Release of Information Form signed by a parent or guardian in order for the School to forward confidential information regarding fourth grade students to another school. The release is inclusive and parents/guardians may request information to be sent to more than one school. The request must be made through the Office of Admission and Placement rather than directly to the child's teachers. Records releases for grades other than fourth should be requested from the Academic Assistant.

6

### Financial Aid

Those seeking financial assistance must:

• Complete a Lamplighter Financial Aid Request Form and return it to the School

• Submit an application through the School and Student Services for Financial Aid of Princeton, New Jersey, an independent agency that assesses financial need. A link to the application is available online at www.thelamplighterschool.org

• Provide School and Student Services the most recent IRS 1040 and all attachments; families must also sign and return Form 4506 to the School as well as submit other information if requested by the School

Questions regarding financial assistance should be directed to the Chief Financial Officer at ext. 344.

For information regarding re-enrollment, please see page 35.

### BOARD OF TRUSTEES

Trustees are custodians of the integrity of the institution and of its standing and reputation built by the founders and those who have labored over the years. Trustees hold "in trust" the School's future as well as its present. The primary responsibility of the Board of Trustees of an independent school is to ensure that the institution operates in the best interests of its students, teachers, and parents/guardians.

The Lamplighter School Board of Trustees is comprised of current and former parents and grandparents, civic leaders, and alumni. The president of the Parents' Association and the president of the Alumni Council serve as trustees during their respective terms of office. The Board meets as a total group at least three times a year, generally in September, January, and May. Many of the trustees also serve on the boards of other schools that Lamplighter graduates attend. Officers are Chair, Vice-Chair, Secretary, and Treasurer.

The Board reflects strength, vision, and experience; a blending of educational, managerial, investment, business and legal talents; and knowledge of the surrounding educational community. This diversity permits the Board to lead the School's strategic vision.

7

**BOARD OF TRUSTEES**

**Board Officers**



Chair
Vice Chair
Secretary
Treasurer

\* denotes parent of current student

## LIFE TRUSTEES

## GIVING OPPORTUNITIES

Lamplighter relies upon the loyalty and generosity of trustees, faculty, staff, parents, grandparents, alumni, and many friends to advance the School  Giving enriches the daily operations of the School, enables us to meet unusual needs, ensures we can maintain and improve the campus, and provides for long-term financial stability

### Giving Areas

**Lamplighter Fund:** Gifts to the Lamplighter Fund enable the School to provide a nurturing and rich educational atmosphere where students are taught to love learning by talented and dedicated teachers who are committed to innovative teaching ideas

Lamplighter Fund gifts are spent in the year in which they are raised to cover costs that tuition does not cover, such as professional development for faculty, updated technology, increased student financial assistance, and strengthened curriculum resources  These gifts are critical to operations and must be renewed every year

**Tribute Gifts:** Lamplighter is honored to receive gifts in memory or honor of students, alumni, faculty, staff, parents, friends, family members, and others  These gifts celebrate the relationship that individuals have with the School and the donor, as they impact the educational experience that students and faculty share at Lamplighter each day

Tribute gifts can be directed to the Erik Jonsson Media Center, a named, restricted fund, or an endowed fund  We encourage families to consider making tribute gifts in honor of birthdays, anniversaries, special occasions, and in recognition of faculty and/or staff members

**Endowment:** Endowed funds enable donors to establish a legacy at Lamplighter that will forever influence the life of the School  The Endowment is comparable to a trust or savings account for the School

The Endowment is made up of numerous funds that are invested and from which income will be drawn to support a specified priority of the School  Having a strong endowment is critical to Lamplighter because it will give the School resources beyond tuition and the Lamplighter Fund that can be used to enhance our operations

Donors can establish a named, endowed fund through a contribution which can be directed toward any of the following areas: faculty salaries, faculty/staff professional development, student financial aid, technology, Erik Jonsson Media Center, visiting artists, or special area programs

**Charitable Gift Planning** Lamplighter has established the Founders'
**Legacy Society** to recognize all donors who have provided for Lamplighter
through a planned gift  The Founders' Legacy Society honors the
commitment of Lamplighter's founders, Natalie Murray and Sandy Swain,
whose vision, sacrifice, love of children, and gracious spirit created a school
where the spirit of learning is ignited in young minds and hearts for a lifetime

### Donor Recognition

Lamplighter is deeply grateful for the support so many individuals share with
the School  It is the generosity of the entire community that enables the
School to fulfill its educational mission

A donor of an outright contribution receives a receipt and acknowledgement
for his or her gift  Donors of gifts-in-kind receive letters describing the
contributed items  In addition, all gifts to the School are recognized in the
Report of Annual Giving

Lamplighter has established the following annual giving donor recognition
levels  All gifts made to the School in a single fiscal year, excluding tribute
gifts and gifts to fundraising events, are counted toward annual giving
recognition levels

**The Luminary Society**

| | |
|---|---|
| Beacon | $25,000 and above |
| Illuminator | $15,000-24,999 |
| Torchbearer | $8,000-14,999 |
| Candle Lighter | $5,000-7,999 |
| Luminary Member | $1,750-4,999 |
| **The 1953 Club** | $500-1,749 |
| **The Lantern Club** | $25-499 |

The Lamplighter School's curriculum promotes basic skills and critical thinking
It permits guided choices within the context of appropriate instructional
practices  Children are encouraged to explore, to take risks, to challenge
themselves, and to succeed  Excellence is encouraged throughout the School

### Attendance

It is important for children to attend school every day and to arrive on time
Classroom instruction begins promptly at 8:15 a m  Carpool drop-off begins
at 7:55 a m  Attendance and punctuality are essential to ensuring that your
child gets the most out of his/her time at school

**Absences:** Parents are required to log on to SchoolPass to record times that
children are absent from school  Lamplighter teachers also take attendance
every day by 8:30 a m  Usually, the only acceptable reason for a student to
miss a day of school is if he/she is too ill to attend  Medical appointments
should be made after school hours if at all possible  Family vacations should
be taken only on designated school holidays – check the school calendar
before scheduling travel  A record is kept of your child's absences, excused
and unexcused, and becomes part of his/her permanent file

**Excused Absences:** illness, medical appointments, and bereavement
Unexcused Absences: family vacations on a school day

**Tardies:** Any student arriving after 8:15 a m  is counted as tardy  A parent
or guardian will need to escort the student to the office to sign in their child
Tardiness is disruptive to the class and deprives your child from the full
Lamplighter experience  A pattern of excessive tardiness may lead to dismissal
from school

**Early Dismissals:** The school day ends at 3:15 p m  Early pickup is strongly
discouraged, except for an emergency  Arrange after-school activities after
dismissal  Before students can leave early, parents/guardians must notify the
School via SchoolPass

**Make-Up Work Policy:** It is difficult, if not impossible, to replicate
the school day  Making up schoolwork is no substitute for the classroom
experience  It is at the teacher's discretion as to whether work is assigned
during a period of absence from school  When students are absent for only
one day, they will receive assignments after they return to school

**Class Lists**

Two important aspects considered in placing a student are the relationship between the child and the teachers and the balance of personalities among the children in a given group  At Lamplighter, particular emphasis is placed on cooperation and collaboration  Children learn to work with and appreciate one another

Groupings change as students work with various teachers  This all-teachers-for-all-students plan provides the best possible instructional program and allows the faculty members to know each child from a variety of informed and caring viewpoints  Parent requests for class assignment cannot be accommodated  **The administration has sole authority to create class lists and match class groupings to particular teachers.**

## Conferences and Observations

Conferences and observations are important means of communication with parents/guardians regarding the progress of their children  Four conferences are held each school year (before the school year begins, fall, mid-year, and spring)  Parents/guardians, teachers, the Assistant Heads for Academics may initiate additional meetings or phone conferences as necessary

**Conferences:** At conferences, parents/guardians and teachers review the student's progress using the academic development records and samples of the student's work in the portfolio  Parents are also welcome to meet with SATs teachers and may schedule directly with them via email

Conferences are held on designated days (see school calendar) and are scheduled using PTC Wizard  Childcare is available for Lamplighter students; pre-registration is required, but there is no cost for this service

**Observations:** Observations are essential to an understanding of the child's development at school  The design of the Lamplighter facility permits observation of classes from the second level of the building  Observations are scheduled for approximately half an hour  Specific dates and times are provided for each class and cannot be rescheduled  They begin on time, and latecomers are discouraged  Attendance at observations is for adults only  Please make alternate care arrangements for younger children

To ensure the integrity of these observations, please avoid any discussions about them with your child  Students should not know they are taking place

## Evaluation/Tutoring

The School provides consultation, evaluation, and intervention with regard to the needs of students  In most cases, administrators or parents/guardians initiate requests for outside assessments  On-campus tutoring sessions and their location must be approved in advance by the Assistant Heads for Academics, preferably by email, and a scheduled day and place will be set by the Office of Student Life  When possible, tutoring should be scheduled before or after school  Lamplighter will do a background check of all tutors who work with students on campus  Faculty and staff cannot tutor, counsel, or provide other related educational services to any student of the School for compensation

## Field Trips

Field trips are taken to extend the curriculum  Advance information as to when, where, and the approximate departure and return times will be provided  Parents of Pre-K students are responsible for transporting their own children

As part of the enrollment agreement, parents have signed a Release and Consent Form for field trips  Transportation is by chartered bus  Although the National Transportation Safety Board does not require the use of seat belts in a bus transporting children above kindergarten age, Lamplighter attempts to secure buses equipped with seat belts

## Homework

Homework is an integral part of school life and serves several purposes  At Lamplighter, assignments offer meaningful practice, opportunities for learning, and opportunities for accepting responsibility  The age of the child, the amount of time required, and the level of difficulty are factors in the teacher's choice of assignments  Parents/guardians and teachers must work closely in the homework process  Teachers will offer suggestions to parents/guardians on the best methods of helping children accept the responsibility for assignments

## Standardized Testing

Test results are employed as an additional way to enhance understanding of each student's unique strengths, needs, and learning style so that instruction may be presented to maximize individual progress  Individual readiness assessments may be administered to early childhood and first grade students  Lamplighter is a member of the Educational Records Bureau (ERB), a measurement organization to which most independent schools belong  This nonprofit association offers evaluation services designed to assess programs and student growth

Achievement tests published by ERB are administered in first through fourth grades  Individual student reports are mailed to parents/guardians and are accompanied by a detailed explanation of the score interpretation

## Statement of Graduation Requirements

Students at Lamplighter who successfully complete the fourth grade curriculum, both academic and co-curricular courses, will be permitted to participate in the Lamplighter end-of-year graduation ceremony at the discretion of the Head of School

## Arrival/Dismissal Times

**A student's entire day may be affected by a late arrival or by being picked up early. Late arrivals should be brought through the front office, as carpool doors are locked at 8:15 a.m. and 12:15 p.m.**

Early pickup is discouraged, except in emergencies. Please arrange after-school activities to begin late enough to accommodate the regular afternoon dismissal time. Parents/guardians needing to pick up children early must do so by 2:45 p.m. in the front office.

**Pre-K A.M.** – 8:15 a.m – 11:15 a.m
(arrival carpool begins at 7:55 a.m.)
**Pre-K P.M.** – 12:15 p.m – 3:15 p.m
(arrival carpool begins at noon)
**Pre-K All Day through Grade 4** – 8:15 a.m – 3:15 p.m
(arrival carpool begins at 7:55 a.m.)

Students must be picked up promptly when carpool ends at 3:40 p.m. or when after-school classes end at 4:45 p.m.

As a security measure, and based on the Safe Haven security audit, the North and South carpools close by 8:15 a.m. After this time, parents will need to use visitor parking and walk children to the front office.
(Also see Carpool Procedures)

## Belongings from Home

At the request of the teacher for Show and Tell, students may bring items of special interest from home to be shared with the class. Possibilities include nature items or special mementos that would be of interest to the entire class. We cannot be responsible for the safekeeping of valuables. No weapons (toy or otherwise) are permitted on school grounds. Visits by family pets are not allowed, in the interests of student safety and kindness to animals. Student backpacks should be clearly labeled and free of dangling attachments. Personal items of an entertainment nature, including wearable technology, including Apple watches or the equivalent, Fitbits, and Fidgets cause distractions in the classroom and should not be brought to school.

## Birthday Celebrations/Invitations

Invitations to private parties or events held away from school must be mailed from home and cannot be distributed at school. Feelings can be hurt if students learn of a party to which they are not invited. **Please help children be sensitive to this by asking them not to discuss these events at school.** Refreshments are not to be brought from home for birthday celebrations at school. Goodie bags, balloons, and party hats are too distracting and cannot be sent to school. The children's birthdays are acknowledged at school in special ways. Please do not pick up large groups of students in party buses or limousines.

The security and safety of Lamplighter students are paramount in the organization and use of the carpool system. Teachers and administrators direct dismissal and pick-up. Each car must have a carpool number, and parents/guardians must have furnished the School with their vehicle license plates and TollTag numbers. The Lamplighter School will not accept children arriving or departing alone in commercial vehicles such as Bubbl, Uber, Lyft, or taxis. A student may not enter a car until it has parked under the porte cochere.

- Your children are often excited to tell you about each amazing school day. And in the same way teachers stop to listen to students, we request parents **avoid cell phone conversations** when children get in the car

- When a car on the Murray Swain Ring Road is moving, all children inside the vehicle must remain seated with seat restraints fastened

- Students should remain inside the car at all times. Please do not allow children to hang out of windows or sunroofs

- Be mindful of speed limits on campus. Slow down when driving the Ring Road.

- All drivers enter via the south gate from Inwood Road

- Morning drop-off carpool begins at 7:55 a.m and ends at 8:15 a.m

- Morning pick-up carpool begins at 11:15 a.m and ends at 11:30 a.m

- Afternoon drop-off carpool begins at 12:00 p.m and ends at 12:15 p.m

- Afternoon pick-up carpool begins at 3:15 p.m and ends at 3:40 p.m

- After carpool is over, late arrivals must be walked into the building by an adult via the designated crosswalk leading to the main front lobby entrance. Do not let children out of the car on the Ring Road and allow them to walk unassisted into the school building

- Each family will be issued a carpool number. Please keep this in each vehicle to display during pickup

- **Arrange to pick up children early, in emergencies, from the front office before 2:30 p.m. There will be no early pick-up from the office between 2:45 and 3:35 p.m.**

• Late arrivals and early departures must use the main entrance off Inwood Road or in the administrative lot  All children must be escorted into or out of the building by an adult who is authorized to pick up or drop off the student

• Children arriving late or leaving early will need to be signed in or out at the front office

• Please arrange after-school activities so as not to conflict with the school day schedule and carpool times

• The School must be notified in writing of any unknown or "new" drivers not listed in carpool records

• All South Carpools will exit the campus through the Forest Lane gate  Traffic directors will be stationed on Inwood Road to facilitate traffic  Only North Carpool drivers will exit the campus through the North Inwood gate

• Children remaining at school after carpool has ended will need to be picked up in the front office  The driver will need to park in the visitors' lot by the main entrance before proceeding to the lobby

## Carpool Changes

All carpool changes are made on the Parent Portal on the School's website by means of the carpool system software  Changes can be made up until the time the pick-up vehicle enters the campus  The software will send notification change emails to the drivers involved and the student's teacher  There is no need to call or email the School

• **South Carpool Dismissal:** Pre-K, first grade, and lower school students who are in a carpool with a Pre-K student dismiss from South Carpool

• **North Carpool Dismissal:** All Kindergarten, T1, second, third, and fourth grade students not in carpool with Pre-K students dismiss from North Carpool

• **Special Dismissal Times:** For emergency closing due to weather or when all students are dismissed at 11:15 a m , students normally dismissed through South carpool will still leave from South Carpool and North Carpool students will leave from North Carpool

---

Cooperation of children in the living and learning process is a major component of schooling at Lamplighter  We begin with a physical setting that is inviting for children and a program that accommodates individual pace and learning style  We also provide direct instruction for social and emotional development  At Lamplighter, young children have a nurturing environment with specific guidelines for behavior that are both age-appropriate and consistent  These limits and boundaries are provided in order for children to feel secure both physically and psychologically

Board policy states that there will be no physical punishment inflicted on any child in the School  If at any time a disciplinary problem cannot be handled by the School in cooperation with the parents/guardians, the child will be asked to leave the School temporarily or permanently

One of the primary goals of The Lamplighter School is to provide a physically and emotionally safe environment for students and families  All members of the Lamplighter community have the responsibility of maintaining such an environment in order to foster the maximum growth and development of each student

The faculty and staff of The Lamplighter School work to provide an atmosphere that promotes appropriate problem solving and relationship building through:
• Modeling and facilitating positive interactions with students and adults
• Maintaining a climate of tolerance and mutual respect
• Assisting students in solving problems verbally, not physically
• Helping students understand that their behavior and words impact others
• Providing opportunities for cooperative work to increase awareness of the talents and interests of others
• Engaging students in active and positive problem-solving strategies
• Providing instruction in social/emotional development and behavior

Students at Lamplighter are expected to interact with peers and adults in a positive manner  Students and parents/guardians are expected to observe the following rules:
• Solve conflicts with words, not actions
• Appreciate diversity and refrain from actions, words, gestures, jokes, or derogatory comments based on an individual's characteristics
• Cooperate with adults in the community
• Practice affirming, supportive attitudes and words with others
• Refrain from bringing to school any object that is inherently or potentially dangerous

18                                                                                                           19

To ensure the safety of all students, the throwing of any object is forbidden (with the exception of appropriate equipment during physical education) Weapons (toy or real), matches, knives, lighters, or obscene material may not be brought to school or on field trips These items will be confiscated, and disciplinary actions will be taken if necessary

Consequences at Lamplighter are natural and related to the problem In most instances, teachers will handle behavioral issues in the classroom, but in some cases, problems will be referred to administrators, the Office of Student Life, or the Head of School In severe instances of inappropriate or dangerous student behavior, additional consequences including but not limited to the following may be enacted at the discretion of the Head of School or her designee:
• Engaging parents/guardians as partners to help redirect negative behavior
• Immediate removal from school activities for the remainder of the school day
• Requesting parents/guardians engage outside counseling or other emotional support for students
• Withholding student re-enrollment agreements
• Immediate expulsion

The close and positive relationship which exists between faculty and students at The Lamplighter School is an important quality and strength of the School, and students should feel comfortable discussing any school-related concern, including violations of the Code of Conduct or sexual harassment, with their teacher or counselor

Any student who believes that he or she has been subjected to sexual harassment or who wishes to report a violation of the Code of Conduct should promptly raise his or her concerns  The report can be made verbally or in writing to any faculty member or administrator who will assist the student in reporting the incident  Any complaint of sexual harassment by a student will be investigated thoroughly and promptly  To the maximum extent possible, the School will protect the privacy of the parties involved

There will be no adverse action against a student for reporting an incident or participating in or cooperating with an investigation of an alleged incident The administrator will prepare, for the Head of School or her designee, a written report which contains a synopsis of the allegations, the results of the investigation, and a recommended disposition of the complaint  The Head of School or her designee will take appropriate action, including but not limited to notification of the student's parents/guardians and appropriate law enforcement authorities

The Lamplighter School Community is committed to making our school a safe and caring environment for all students  We treat each other with respect and refuse to tolerate bullying of any kind  Social-emotional skills are highly valued at Lamplighter, and faculty members take advantage of teachable moments to remind students of behavior expectations

Definition: Bullying happens when someone repeatedly hurts, frightens, threatens, or leaves someone out intentionally  Generally, bullying is a repetitive act that occurs over time  It is not an aggressive act that occurs only once Bullying involves an imbalance of power between the bully and the victim

Bullying behaviors include the following:
• Hurting someone physically by hitting, kicking, tripping, or pushing
• Leaving someone out intentionally, or persuading other students not to play with someone
• Using put-downs, spitting, or teasing someone in a hurtful way
• Spreading rumors or untruths about someone
• Stealing or damaging another person's belongings

Lamplighter students do the following to prevent bullying:
• Treat classmates with kindness and respect
• Welcome all classmates who want to play
• Resolve disagreements peacefully
• Report bullying to an adult

Lamplighter teachers do the following to prevent bullying and help children feel safe at school:
• Review expected behaviors with students regularly, and teach them how to empathize
• Teach students how to respond in a bullying situation as victim or bystander
• Closely supervise students
• Watch for signs of bullying, and stop it when it happens
• Respond quickly and sensitively to bullying, and report it to an administrator or the Office of Student Life who will determine next steps

When there is reason to believe that bullying is occurring, Lamplighter administrators will review the circumstances and do the following, as appropriate, based on the School's findings:
• Direct the intervention and resolution
• Contact parents
• Make referrals and determine consequences

**Consequences for bullying**

All matters pertaining to the filing, investigation, and resolution of bullying complaints shall be confidential, as appropriate. When addressing bullying behavior, Lamplighter will decide the appropriate next steps and consequences, at the School's discretion, based on factors such as the severity and nature of the incident. Action taken by Lamplighter may include but is not limited to:

• **Intervention, Warning, and Redirection**
  A teacher or administrator will ensure that the immediate behavior stops and reinforce to the student that bullying will not be tolerated. During this meeting with the student, the adult will redirect the student and come up with a plan for success in case they find themselves in a similar situation in the future

• **Parents**
  The School will notify the parents of students involved in a bullying situation. The parents may be asked to meet with the administrator, teachers, and/or the Office of Student Life

• **Resolution**
  The student may be required to write a letter of apology to the student who was bullied. Depending upon the nature of the incident, the students involved may meet to help resolve the problem and ensure it does not happen again

• **Referral and Consequences**
  The student may meet with the Office of Student Life to help prevent future violations. The student may serve one or more days of detention during recess or lose school privileges. In cases of severe or repeated bullying, the student may be suspended

## COMMUNICATION FROM THE SCHOOL

In an effort to reduce waste, most communication from Lamplighter will be in an electronic format. Parents/guardians can expect electronic communication from the School and teachers regarding general news and events. In addition, families may receive further individual electronic messages as needed. It is the responsibility of a parent/guardian to inform the School of any email address change or if a situation should arise where a parent/guardian would need a printed form of communication. Watch the electronic sign at North Carpool for important dates

Lamplighter asks that parents/guardians respect that all employees sign a conflict of interest agreement as part of their employment agreement with the School. This agreement states that employees shall not for compensation independently tutor, counsel, or provide other related educational services to any student of the School during the term of this agreement. Nor shall employees provide for compensation other services to any parent or student of the School during the term of this agreement without prior written authorization from the Head of School

## COPYRIGHT POLICY

The Lamplighter School obeys federal copyright laws and respects the intellectual property of authors, composers, and other copyright owners. This obligation applies equally to staff, faculty, and students

## DELIVERY OF GIFTS

The disruption of the educational process by the delivery of balloons, food items, flowers, singing telegrams or other special gifts is not allowed

## GIFTS TO FACULTY AND STAFF

The generosity of the Lamplighter community is overwhelming, and we are grateful every day for the support given to the School. The Lamplighter School does not permit the collection of money for a group gift from parents/guardians to teachers. Faculty/staff appreciation is one of the roles of the Lamplighter Parents' Association (LPA). The LPA provides staff-appreciation snacks for Wednesday afternoon community meetings and a monetary gift at the end of each semester to show faculty and staff how much they are appreciated. The resources to provide these gifts come from the merchandising/fundraising programs of the LPA. However, the desire of a student to show appreciation to a teacher by assisting with the preparation of a handmade gift or homemade goodie is appropriate

## GREEN TEAM

The School formed the Lamplighter Green Team in 2008. The members of the Green Team consist of faculty representatives from each grade level, the Lamplighter Layers Vice President, and staff representatives. The mission of the Lamplighter Green Team is to raise awareness of our present energy consumption, educate our community about the growing environmental challenges facing our Earth, and inspire all members to take action to reduce our collective and individual carbon footprints. The School is committed to the 3 Rs – reduce, reuse, and recycle

**Absences/Illnesses**

If your child will be absent, please report it on SchoolPass and provide a reason  A child who is too ill to participate in all school activities should not be sent to school  Children should not return to school after an illness until the student is free of fever, diarrhea, or vomiting for 24 hours without medication  All communicable diseases, including head lice, should be reported to the School Nurse

Students who show symptoms of illness and/or who are injured at school are sent to the clinic for care  If a student has a temperature above normal (98 6 degrees) or is experiencing continued discomfort or pain, the School will notify the student's parents/guardians  Children with fever of 100 degrees or above should not be sent to or stay at school  The School requires that all emergency information on file (phone numbers and contact persons) be accurate so that contact can be made quickly

It is the parent's/guardian's responsibility to provide transportation for a sick child  In an emergency, where there is an accidental injury or a life-threatening situation and/or the parents/guardians cannot be reached, the School will call 911 to assess the situation and transport the child, if needed

The School asks that parents/guardians share all pertinent information that will better serve the child  The School Nurse should be alerted to any specific health conditions, such as allergy, special diet, etc , that could possibly cause problems at school  A note should be sent to the teacher if a child is not to participate in a particular activity during the school day  (Also see Communicable Diseases and Medication Administration )

**Communicable Diseases**

Students should be aware of the danger of pathogens carried in blood and should make every effort to avoid contact with another person's blood  Students must report any incident of blood or other potentially infectious materials to a teacher immediately

The parents/guardians of a student with a communicable disease or infestation, including Hepatitis B or C, HIV, or AIDS, should notify the School as soon as they have knowledge of their child's diagnosis  The School will follow guidelines and recommendations from local, state, and federal agencies that address communicable disease standards  The determination regarding conditions under which a child may or may not attend school will be made on a case-by-case basis by the Head of School in consultation with the School Nurse, parents/guardians of the student, treating physician(s), and public health officials

school  Students afflicted with suffering from communicable diseases should be dealt with in a fair and equitable manner  The School also expects that any student who is infected with a communicable disease shall act responsibly in dealings with students, school employees, and the general public

**Immunization Requirements**

The Texas Department of Public Health requires that current immunization records be filed with the School  Information for each student must be filled out by a physician and returned to the School prior to class attendance *  Compliance with this state policy is essential so that every Lamplighter student is protected from unnecessary illness and that epidemics of preventable diseases are eliminated

*Exception: A signed affidavit indicating reasons of conscience

The Texas Legislature has passed the Special Senses and Communication Disorders Act (Article 44l9g; V A C S ) which provides that all children enrolling for the first time in any public, private, parochial, or denominational school in Texas must, by a specified time, be screened or have a professional examination for possible vision and hearing problems  Requirements dictate that screenings be done for all 4-year-olds, Kindergarten, first, and third grade students, and all new-to-Texas second and fourth graders

**Medication Administration**

**Any medication administered to a student in school must have a written request/authorization from the student's parent/guardian and must be supplied by the parent/guardian in the original or pharmaceutical container with: name and address of the pharmacy, name of student, name of prescribing doctor, date prescription was dispensed, expiration date, and instructions for use.**

Medication Authorization Forms are available in the School Nurse's office and through the Parent Portal on the School's website  Medication must be delivered to the School Nurse by a parent or guardian  Do not send any medication (OTC or prescription) to school with a student  Medication will not be administered without authorization and must be in the original container

Student Self-Carry/Self-Administer Medication Policy: School personnel must be informed of and grant authorization to any student who needs to carry and self-administer medication for asthma, severe allergic reaction, or diabetes  Written order by physician, medical authorization form, an allergy/procedure action plan, and School Nurse approval is required  Yearly review is necessary

**Guidelines**
Lamplighter is committed to making our school a safe and caring environment for all students  To be sensitive to the needs of all students, Lamplighter faculty and staff will do the following things to reduce potential problems with food:
• Know which students have food concerns and be sensitive to their needs
• Have a nut-free table in each class during lunch
• Discourage trading and sharing of food, utensils, and containers
• Wash tabletops and other surfaces so that they are clean before and
  after lunch
• Stainless steel bento boxes or reusable containers are environmentally friendly

**Lunches**
Lunches should be labeled with the child's name  Items provided in a child's lunch should be in containers that the child can open, and all necessary utensils must be provided by parents  Do not send soft drinks, candy, or gum in school lunches  "Fast food" lunches are discouraged  The School will notify parents/guardians of forgotten or misplaced lunches  Because of the potential consequences of food allergies, children will not be permitted to share food  Special lunch Fridays are organized by the LPA

**Snacks Provided by the School**
Striving to encourage children to select healthy snacks, Lamplighter offers fresh fruit and vegetables three times a week during snack time  Healthy snacks may include apples, baby carrots, sugar snap peas, grapes, raspberries, strawberries, oranges, Clementines, or cheese

**Wholesome Food Services**
Lamplighter provides the option for parents to purchase freshly prepared, healthy, and unique lunches delivered to their child's classroom every week (Monday through Thursday)  Though not a school fundraiser, a percentage of the sales are returned to Lamplighter to support the Financial Aid Fund  Families can order daily or whenever they choose to participate  All menus are peanut-free, and gluten- and lactose-free items are offered on every menu  Wholesome Foods Sick Day Policy: If your child is sick on a day you have a lunch order, you may cancel your order before 8:00 a m  Go to www wholesomefoodservices com for details regarding opening an account and placing orders

Clear, concise communication with the School regarding specific legal decisions related to custody arrangements is very important  Every effort will be made to ensure that situations are handled properly and with sensitivity toward the child, who is, of course, the School's primary concern  In cases where managing conservatorship is in effect, documentation must be on file with the Head of School

Legal clarification is particularly crucial as it relates to carpool  The School must be confident of an authorized driver before releasing a student  Identification and confirmation are required whenever there is any doubt  Other information which the School must have on file involves arrangements for written communication, conferencing, and travel

## LOST AND FOUND

Sweaters, jackets, lunch boxes, gloves, hats, backpacks, etc , should be labeled with the student's name  Items not claimed will be placed in an area set aside for this purpose  Students and parents/guardians should check promptly to claim any lost article  Several times a year, all lost articles will be displayed in an attempt to help them find their rightful owners  Any items not retrieved by the close of the school year are donated to a charitable organization

## NEGLECT AND ABUSE REPORTING RESPONSIBILITY

In accordance with state law and school policy, the school staff is obligated under penalty of law to report the reasonable suspicion of physical abuse, sexual abuse, or child neglect  In this very serious and legally narrow area, there may be situations in which the School will not contact parents/guardians in advance of making a report to authorities, even though the School might normally provide such advance notice to parents/guardians in other legal matters  The clear intent of the law, based on the seriousness of the crimes listed above, is to mandate that a report of reasonable suspicion of abuse be made  This mandate is for the protection of students  The school staff does not take this obligation lightly and does not make such reports without reasonable suspicion  School staff will make such reports in the best interest of the affected child  A staff member with reasonable suspicion does not have any legal alternative except to make a report to the proper authorities for their review and investigation

Lamplighter Parents' Association plans, executes, and funds numerous activities and services throughout the year that benefit Lamplighter students and the community LPA volunteers are vital and significant workers whom the School depends upon, and the School is grateful for their support LPA officers are nominated and elected each spring All parents/guardians are encouraged to join and become active participants in this organization For more information about the LPA, please refer to the Parent Portal where you will find the LPA Bylaws, a complete list of LPA officers and committee chairs, and a link to Sign Up Genius for volunteer opportunities

### The Role of the LPA

The parents' association in an independent school provides a vital and appreciated service to school leadership and the entire school community Because the Lamplighter Parents' Association (LPA) is important, and its volunteer activities wide-ranging, the following steps have been taken to structure and clarify the Association's role:

The Board of Trustees, in consultation with the administration, developed a set of written by-laws for the Association that clearly state its procedures and role as a service organization

The by-laws state the LPA's mission to support the decisions and policies of the Board and administration The LPA neither participates in policy making by the School nor functions as a lobbying group

The finances of the LPA are supervised and regularly monitored by the School, and that supervision is part of the School's annual audit process

The Head of School is closely involved in the LPA nominating process Cooperation and teamwork between the Head of School and the officers of the Parents' Association are crucial to the health of the school community

It is appropriate that the Parents' Association advertise its activities and events However, the Association is not a public relations arm of the School and should play no role in the School's efforts to communicate about itself

### LPA Goals
**Communication**

The Parents' Association is dedicated to fostering communication between:

School and Families: The LPA channels requests and conveys information from the School to families It also welcomes new families and acquaints them with the ways Lamplighter serves its families

School and Community: The LPA asks its members to act as ambassadors on behalf of the School, both in the community at large and within the Lamplighter family

**Volunteers**
The Parents' Association seeks to help the School by providing:

- **Coordination of requested school volunteer activities:** These activities include staffing the Erik Jonsson Media Center, providing grade level parent volunteers, helping with recycling, preparing materials for the classroom, and assisting with opening orientation

- **Resource Pool:** This is a file of talents and particular interests of parents and friends of the School upon which teachers may draw for their instructional needs

### Fundraising

The Parents' Association seeks to support the advancement of the School through activities and programs such as membership dues, Friday Lunches, Auction, and other merchandising programs that raise funds

Donations to the School fund long-term strategic priorities as approved by the Board of Trustees Currently, the net proceeds from the Auction are designated to fulfill the pledge made by the 2015-2016 LPA Board to name the newly constructed LPA Barn

Texas Property Code

**2019 – 2020 LPA BOARD**

### Executive Committee

President,

President-Elect

President Advisor,

Secretary,

Treasurer,

Treasurer-Elect,

VP Communications,

VP Volunteers,

VP Volunteers-Elect,

VP Auction Chair,

VP Carnival Chair,

VP Carnival Chair,

### Standing and Special Committee Chairs

Auction – Data,

Auction – Event,

Auction – School Projects,

Auction – Socials,

Auction – Solicitations,

Auction – Solicitations,

Auction – Underwriting,

Community Outreach,

Community Outreach,

Cultural Awareness,

Cultural Awareness,

Dads' Program Coordinator,

Dads' Program Coordinator,

Erik Jonsson Media Center Open House,

Erik Jonsson Media Center Open House,

Faculty & Staff Appreciation,

Faculty & Staff Appreciation,

Faculty & Staff Appreciation,

**Faculty & Staff Appreciation,** ███████

**Grade Level Authors**

**Fourth Grade Yearbook,** ███████
████████

**Fourth Grade Yearbook,** ███████
████████

**Friday Lunch,** ███████

**Friday Lunch,** ███████

**International Night,** ███████

**International Night,** ███████

**New Family Coordinator,** ███████

**New Family Coordinator,** ███████

**New Family Coordinator,** ███████

**New Family Coordinator,** ███████

**Spirit Store,** ███████
████████

**Spirit Store,** ███████
████████

**Spirit Store,** ███████
████████

**Spirit Store Advisor,** ███████
████████

**Spirit Store Advisor,** ███████
████████

**Technology Coordinator,** ███████
████████

**Fourth Grade,** ███████

**Fourth Grade,** ███████

**Third Grade,** ███████

**Second Grade,** ███████

**First Grade,** ███████

**Transitional First Grade (T1),** ███████

**Kindergarten,** ███████

**Pre-K All Day,** ███████

**Pre-K AM,** ███████

**Pre-K PM,** ███████

## RE-ENROLLMENT PROCEDURES AND WITHDRAWAL FROM SCHOOL

Re-enrollment at Lamplighter is automatic. Beginning with the 2018-2019 school year, new and returning parents and/or guardians will electronically sign a continuous enrollment agreement. This document must be signed by both parents and will signify continued enrollment for the student(s), unless written notification is received by the Office of Admission and Placement before June 1 for the following school year.

At times, recommendations for a student to have an additional year at the same grade level are made based on social/emotional and cognitive development of the student, rather than chronological age. Such a recommendation is made by the School's administration after consultation with current teachers and the School Counselor.

Each withdrawal from Lamplighter is handled individually. The School prefers to work with families to continue supporting a student with academic and/or emotional needs. As parents/guardians and the School work together, it can become apparent that some students' academic or emotional needs cannot be sufficiently addressed while attending Lamplighter. The School reserves the right to request the withdrawal of any student whose needs cannot be met. This process may take up to 18 months and may require outside evaluations. The administration will counsel with parents/guardians to keep them aware of the possibility. If the determination is made that the program does not meet a student's academic or emotional needs, the School will not offer an enrollment agreement for the following school year. Notification of this decision will be sent prior to February 1 from the administration. The School works to assure that the decision can be made together with parents and guardians, but the responsibility for the final determination lies with the School's administration.

If a student is withdrawn from school during the year or does not return as a re-enrolled student, the Office of Admission and Placement requires that written notification be submitted. For students not returning the following year, notification must be received no later than June 1, before the school year begins. If a re-enrollment deposit is paid and the child is asked by the School to withdraw because of a special need, the deposit will be refunded. In all other cases, the deposit is not refundable.

The obligation to pay the full tuition and fees for the entire academic year is unconditional. Only students whose tuition and fee obligations, as established by the enrollment agreement, are satisfied will be allowed to attend the School. Student records will not be provided by the School on behalf of the student to any party unless all tuition and fee obligations are satisfied. It is further understood that under no circumstances will any portion of the tuition or fees be refunded, forgiven, or reduced, except as outlined under the Tuition Refund Plan. No tuition or fees paid will be transferred to another student's account for any reason. In accordance with IRS regulations, money received for tuition may not be reclassified as a gift or donation to the School, and therefore are not tax-deductible.

34

The Lamplighter School is proud of its innovative programs, rich history, and strong reputation. To further continue the mission of the School and to maintain our positive profile among alumni and the community, the School actively markets its programs and activities to internal and external constituents through print and digital media. Students are routinely portrayed in the classroom through photographs, and occasionally an opportunity arises for them to share their educational experience through interviews or video. The School recognizes the right of parents/guardians to choose for their child not to participate in such efforts. Parents/guardians are asked at the beginning of each year to sign the Media Release Form.

## SCHOOL CLOSINGS OR LATE OPENINGS

The Lamplighter School has an automated voice broadcast system that calls all families and faculty/staff to notify of a school closing. If you have a call-blocking "privacy manager" on your home phone, the message will not reach you. Please notify the Director of Operations, Ext. 343, of an alternate number (usually a cell phone) that could be called. Closing information will also be communicated through the School's website, email, and telephone. Additionally, school closing information is given to the following television stations: Channels 4, 5, 8, 11, and 21.

During inclement weather, the final decision about driving to school rests with parents/guardians.

### Severe Weather/Disaster Policy

The School reserves the right to determine school closure during inclement weather. A decision to cancel school because of inclement weather is made when driving conditions would be hazardous to families and staff. Weather conditions vary considerably in areas where our families are located, and cancellation decisions are made based on the best information available. If a cancellation occurs, the School's automated message service will be activated and each family and faculty/staff member will be called.

A message will be posted on the School's website and phone message system. Local television and radio stations are also notified; however, the efficiency with which announcements are aired varies widely. Of course, the final decision on whether to drive to school rests with parents/guardians.

Regularly scheduled fire, severe weather, and extreme emergency drills are held during the school year. Evacuation routes are posted in each room. The children and teachers are familiar with the routes and with the importance of moving rapidly while remaining calm and orderly.

Should a weather-related emergency or other disaster occur during school hours, parents/guardians should not come immediately for the children

35

in order to give emergency information to a crowd. Once the proper orders are received, the command post will dispatch information to concerned people. Following a disaster, the School will notify families by phone where and when to return. If severe weather is threatening at carpool time, parents/guardians will be invited to take shelter with their children in the building until the warnings are over. Parents/guardians are requested not to call the School during an emergency situation, as the office staff will need all phone lines.

In the event of any failure or delay in the School's performance resulting from causes beyond the School's reasonable control and occurring without its fault or negligence, including acts of God, fire, pandemic, government restrictions, wars, or insurrections, the tuition obligations continue and the School is not liable for any such failure or delay in its performance. The school schedule may be extended for a period of time, classes may be conducted via distance-learning, and weekend classes may be scheduled.

## TECHNOLOGY RESPONSIBLE-USE POLICY

### Technology at The Lamplighter School
The Lamplighter School offers student access to computer equipment and network. All files are the property of The Lamplighter School and may be viewed and/or deleted without notification. Lamplighter's values of respect and responsibility are the foundation of the policy. Use of technology on and off campus is a privilege built upon mutual respect and trust.

### Purpose of a Responsible Use Policy
This policy covers the use of technology equipment and the network that may be used by students to access on- and off-campus resources. Students will be taught appropriate digital citizenship and must comply with the following:

### Responsibilities of Users
• Students will be held responsible for technology equipment, including computers, iPads, and electronic displays
• Students will ask permission before using the network or internet, and will follow rules set by teachers. Students will not alter device settings
• Students will only visit websites directly related to school assignments using only the school account. Home accounts may not be accessed at school
• Students will respect copyright laws
• Students will use polite language on the Internet, including blogs and comments. There is zero tolerance for bullying
• Students will report questionable content to his or her teacher immediately
• Students will not download, display, send, or share inappropriate messages or pictures
• Student privacy and internet safety are the highest priorities. Students never give out last names, phone numbers, home addresses or home email addresses
• Students will only create files and print for academic purposes
• Students will only use their own assigned network account and password
• Students will not trespass in other people's folders, work or files

36

• Students will not install unauthorized software or material including, but not limited to, downloading music, pictures, images, games, and videos from either the Internet or via portable drives

### Violations May Result in the Following:
• Not being able to access the school's network, the internet, or technology devices
• Damages to equipment will be the responsibility of the parent
• Additional disciplinary action may be taken at the school's discretion

## VISITING YOUR CHILD'S CLASSROOM

Every effort is made to provide a safe learning environment. All campus visitors must enter through the front office only. Each visitor will sign in through the computerized system and receive a name tag before proceeding through the building. If a parent/guardian wants to visit or observe a child's classroom, the Assistant Heads for Academics should be contacted in advance so that the visit can be scheduled.

We thank you in advance for your support and cooperation as we continue to do our best to keep your children and everyone in our school safe.

## VOLUNTEER OPPORTUNITIES

Lamplighter could not offer the quality of education, service, and sense of community it does if not for parental involvement as volunteers, committee members, and supporters. All jobs are important, and the children are delighted to know their parents are working for the School. School volunteers may choose from monthly opportunities such as working in the Erik Jonsson Media Center or serving on a Friday Lunch team. Special project volunteers come to school for particular class projects where extra hands are needed. The Parents' Association is always looking for assistance for its major projects such as the Auction, International Night, and Carnival.

Parents' volunteer efforts model the kind of commitment to community that is highly valued at Lamplighter. Volunteer opportunities are largely coordinated by the LPA in cooperation with the School.

Volunteers are expected to act in accordance with the mission and philosophy of the School and to support a culture of openness, integrity, and professionalism. Volunteers are expected to act in good faith and exercise due care in all activities and not use their involvement with the School to obtain any personal or business advantage from the School.

37

Lamplighter students do not wear uniforms  The School realizes that variances in styles of dress provide opportunities for children to develop a personal sense of identity and positive self-esteem  Midriff-baring shirts, shirts with spaghetti straps, shorts that are too short, and low-riding shorts or pants are not acceptable choices for school wear

All students should wear well-fitted, closed-toe, closed-heel shoes of the "athletic" or "tennis shoe" style  Lamplighter students are often involved in activities that require that their shoes stay on their feet and provide appropriate foot support  Clogs or thong sandals are not acceptable footwear for PE  or outdoor play activities

Personal items of an entertainment nature, including wearable technology, including Apple watches or the equivalent, Fitbits, Fidgets cause distractions in the classroom and should not be brought or worn to school

### Pre-Kindergarten

| | |
|---|---|
| Pre-K AM (Room #10) | Liz Curlin and Anita Orozco |
| Pre-K AM (Room #12) | Carrie Bays and Laura Lavender |
| | |
| Pre-K PM (Room #10) | Anita Orozco and Liz Curlin |
| Pre-K PM (Room #12) | Laura Lavender and Carrie Bays |
| | |
| Pre-K All Day (Room #6) | Debbie Herksovitz and Katie Ruggeri Nelson '94 |
| Pre-K All Day (Room #8) | Rachel Schumann and Rachel Gutierrez |
| Pre-K All Day (Room #9) | Cheryl Shulman and Fidelma Titus |
| Pre-K All Day (Room #11) | Sarah Burdick and Carrie Wright |

### Kindergarten and Transitional First (T1)

| | |
|---|---|
| Kindergarten (Room #31) | Gabriela Saldana Parkes and Sam Galbraith |
| Kindergarten (Room #32) | Kaitlin Ebner and Leslie Merritt |
| Kindergarten (Room #33) | Natalie Chavez and Michelle Chein |
| Kindergarten (Room #34) | Bianca Reyna and Amy Sowell |
| T1 (Room #29) | Amy Brown '78 and Bryson Pogue |

### First Grade

| | |
|---|---|
| Room #1 | Jessica Varela |
| Room #2 | Olivia Claiborn |
| Room #3 | Shayna Starr |
| Room #4 | Ana Owens |

### Second Grade

| | |
|---|---|
| Green Team (Room #22) | Savannah Seifert '03 and Anne Yarbrough '81 |
| Yellow Team (Room #23) | Lakeshia Peters and Megan Dini |
| Blue Team (Room #24) | Anne Yarbrough '81 and Savannah Seifert '03 |
| Red Team (Room #25) | Megan Dini and Lakeshia Peters |

### Third Grade

| | |
|---|---|
| Red Team (Room #19) | Nafisa Rahman and Brandy Dalton |
| Green Team (Room #20) | Brandy Dalton and Nafisa Rahman |
| Blue Team (Room #20) | Nick Leggatt and Leslie Bledsoe |
| Yellow Team (Room #21) | Leslie Bledsoe and Nick Leggatt |

### Fourth Grade

| | |
|---|---|
| Yellow Team (Room #17) | Jo Davenport and Jody Stout |
| Blue Team (Room #14) | Kathey Tobey Beddow '63 and Caroline Finnegan |
| Green Team (Room #15) | Caroline Finnegan and Kathey Tobey Beddow '63 |
| Red Team (Room #15) | Jody Stout and Jo Davenport |

**Alternate Teachers**

| | |
|---|---|
| Early Childhood | Casey Stoltz |
| Early Childhood | Kendall Tucker '02 |
| Lower School | Debbie Cox |
| Lower School | Reagan Tate |

**Special Area Teachers**

| | |
|---|---|
| Early Childhood Science | Eva McKee |
| Lower School Science | Bill Burton |
| Environment Science | Linda Cauley |
| Academic Technology Coordinator | Kate Ogden |
| | |
| Early Childhood Spanish | Shari Krage |
| Lower School Spanish | Jezabel Guadalupe |
| | |
| Erik Jonsson Media Center Coordinator | Patricia Vermillion |
| Assistant Librarian | Jordan Palefsky |
| | |
| Art | Lizzie Bumpas |
| Drama | Jeff Peck |
| Music | Natalie Bittner |
| Woodworking | Brian McCool |
| | |
| Early Childhood PE | April Seeds |
| Lower School PE | Kathy Ritz |
| | |
| Early Childhood Teaching Support | Sue McCullough |

**Student Services**

| | |
|---|---|
| Office of Student Life | Jill Schroeter |
| Reading Specialist | June Landry |
| School Nurse | Dianne Johnson |

**Academic Administration**

| | |
|---|---|
| Assistant Head for Teaching and and Learning - Early Childhood | Judith Mullens |
| Assistant Head for Teaching and Learning - Lower School | Vicki Raney |
| Academic Assistant | Lyndsey Welch |

**Admission & Placement**

| | |
|---|---|
| Interim Director of Admission and Placement | Jacquelyn Wilcox |
| Admission Coordinator | Margaret Oden |
| Admission Coordinator | Becky Walker |

**Advancement & Communications**

| | |
|---|---|
| Chief Advancement Officer | Clayton Hollingsworth |
| Associate Director of Annual Giving and Alumni Relations | Cindy Connolly |
| Advancement Specialist | Shelly Gammieri |
| Parent Relations Coordinator | |
| Creative Director | Ana Bohanan |
| Communications Coordinator | Landy Fox |
| Yearbook & Art Coordinator | Jennifer Heiss |

**Business Office**

| | |
|---|---|
| Chief Financial Officer | Trey Angel |
| Controller | TBD |
| Human Resources Coordinator | TBD |
| Accounting Specialist | Bill Wetsel |

**Facilities & Operations**

| | |
|---|---|
| Chief Operations Officer | Marynell Murphy |
| Network Administrator | Ed Goff |
| Technology Specialist | Jay Valentine |
| Database Administrator | Kathryn Szwejkowski |
| Facilities Engineer | Dan Knudsen |
| Facilities Manager | Dwayne Spencer |
| Facilities Assistant | Damariz Rojo |
| Administrative Assistant | Helen Skalniak |