IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES HARDT AND MICHELLE HARDT INDIVIDUALLY AND AS NATURAL PARENTS AND NEXT FRIENDS OF L.H., A MINOR,  §§§§ Plaintiffs, §§ v. §§ THE LAMPLIGHTER SCHOOL, §§ Defendant. § | CASE NO. 3:21-cv-00780-K |

## MOTION TO WITHDRAW EFRAIN VERA AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.12(a), James Hardt and Michelle Hardt ("Plaintiffs") files this motion to withdraw Efrain Vera as counsel for Plaintiffs (the "Motion"), and states as follows:

1. Efrain Vera is no longer with the law firm of Brewer, Attorneys & Counselors, counsel for Plaintiffs.

2. William A. Brewer III and Alessandra Allegretto of the law firm of Brewer, Attorneys & Counselors, at 1717 Main Street, Suite 5900, Dallas, Texas 75201, (214) 653-4000 (telephone), (214) 653-1015 (facsimile) have and will continue to serve as counsel for Plaintiffs in this action.

Accordingly, Plaintiffs respectfully requests that the Court enter an order granting the Motion and granting Efrain Vera's leave to withdraw.

Dated: September 22, 2021          Respectfully submitted,

                                         **BREWER STOREFRONT, PLLC**

By:    */s/ Alessandra Allegretto*
        William A. Brewer III
        State Bar No. 2967035
        wab@brewerattorneys.com
        Alessandra Allegretto
        State Bar No. 24109575
        apa@brewerattorneys.com
        1717 Main St. Suite 5900
        Dallas, Texas 75201
        Telephone: (214) 653-4000
        Facsimile: (214) 653-1015

                                         **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 22, 2021, I conferred with all counsel of record via email. Counsel indicated that they are not opposed to the relief requested in this motion.

                                         */s/ Alessandra Allegretto*
                                         Alessandra Allegretto

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 21st day of September 2021.

                                         */s/ Alessandra Allegretto*
                                         Alessandra Allegretto

4822-6534-8091.2
8001-214