IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES HARDT AND MICHELLE HARDT, INDIVIDUALLY, AND AS NATURAL PARENTS AND NEXT FRIENDS OF L.H., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>THE LAMPLIGHER SCHOOL,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:21-CV-00780-K<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

The Court enters this Final Judgment pursuant to the Court's Memorandum Opinion and Order entered on October 14, 2021, granting Defendant's Motion to Dismiss.

It is therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs James Hardt and Michelle Hardt, individually, and as natural parents and next friends of L.H., a Minor, take nothing by this suit against Defendant The Lamplighter School. The Court **DISMISSES without prejudice** the claims presented and orders the Parties to bear their own respective costs.

SO ORDERED.

Signed on October 29th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE